No. —, original. LOUISIANA *v.* CUMMINS ET AL. See *ante,* p. 580.

No. 154. EXHIBIT SUPPLY CO. *v.* ACE PATENTS CORP.;
No. 155. GENCO, INC. *v.* ACE PATENTS CORP.; and
No. 156. CHICAGO COIN MACHINE CO. *v.* ACE PATENTS CORP. November 10, 1941. The petition for rehearing is granted. The orders denying certiorari, *ante,* p. 637, are vacated and the petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit is granted. *Messrs. Clarence E. Threedy* and *John H. Sutherland* for petitioners. *Messrs. Casper W. Ooms* and *John A. Russell* for respondent. Reported below: 119 F. 2d 349.

No. 990, October Term, 1940. UNITED STATES *v.* NUNNALLY INVESTMENT Co. December 22, 1941. The petition for rehearing is granted. The order denying certiorari, 313 U. S. 584, is vacated and the petition for writ of certiorari to the Court of Claims is granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Solicitor General Biddle* for the United States. *Mr. W. A. Sutherland* for respondent.